UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| HARDIN, RICHARD A | ) | CASE NO. 05-72392-MLB |
| | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

### TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

   NOW COMES DANIEL M. DONAHUE, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

   1.   The Petition commencing this case was filed on May 12, 2005. DANIEL M. DONAHUE was appointed Trustee on the June 23, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

   2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge.  The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

   3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

   4.   A summary of the trustee's final account as of January 3, 2007 is as follows:

   a.   RECEIPTS (See Exhibit C)                  $ 12,601.35
   b.   DISBURSEMENTS (See Exhibit C)             $ 3,629.55
   c.   NET CASH available for distribution       $ 8,971.80
   d.   TRUSTEE/PROFESSIONAL COSTS:
        1.   Trustee compensation requested       $ 1,903.16
             (See Exhibit E)

  2. Trustee Expenses (See Exhibit E) $ 0.00
  3. Compensation requested by attorney or other professionals for trustee (See Exhibit F)
   (a.) MCGREEVY WILLIAMS $4,505.00
    Attorney for Trustee Fees
   (b.) MCGREEVY WILLIAMS $217.34
    Attorney for Trustee Expenses

5. The Bar Date for filing unsecured claims expired on November 7, 2005.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $6,625.50 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $1,208.11 |
| f. | Surplus return to debtor | $1,069.74 |
| g. | Interest | $0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 100.00% of allowed claims plus 3.33% interest.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Daniel M. Donahue Trustee | $0.00 | $1,903.16 | $0.00 |

| | | | |
|---|---|---|---|
| McGreevy Williams  Attorney for Trustee | $0.00 | $4,505.00 | $217.34 |

9. A fee of $591.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED

DATE: 1/3/07      /s/ Daniel M. Donahue
DANIEL M. DONAHUE, Trustee
McGREEVY WILLIAMS
P.O. BOX 2903
ROCKFORD, IL  61132-2903
(815) 639-3700
(815) 639-9400

Page: 1

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 05-72392    MLB    Judge: MANUEL BARBOSA
Case Name: HARDIN, RICHARD A

For Period Ending: 01/03/07

Trustee Name: DANIEL M. DONAHUE
Date Filed (f) or Converted (c): 05/12/05 (f)
341(a) Meeting Date: 06/23/05
Claims Bar Date: 11/07/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property - 11 E. 6th St., Savanna, IL | 20,000.00 | 22,000.00 | | 22,000.00 | FA |
| See asset #14 | | | | | |
| 2. Cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. Savings Account - RIA CU | 20.00 | 0.00 | DA | 0.00 | FA |
| 4. Savings Account - Blackhawk | 20.00 | 0.00 | DA | 0.00 | FA |
| 5. Security Deposit | Unknown | 0.00 | DA | 0.00 | FA |
| 6. Household goods and furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. Books, pictures, etc. | 150.00 | 0.00 | DA | 0.00 | FA |
| 8. Wearing Apparel | 350.00 | 0.00 | DA | 0.00 | FA |
| 9. Jewelry | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Fishing equipment, misc. items | 50.00 | 0.00 | DA | 0.00 | FA |
| 11. Term life insurance policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. Monthly pension payment | 300.00 | 0.00 | DA | 0.00 | FA |
| 13. Monthly social security payment | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 14. Agreement for Deed sale to Thomas & Helen Lower | 15,000.00 | 1,550.00 | | 1,550.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 51.35 | FA |
| 16. Mobile Home | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 17. Household tools and implements | 150.00 | 0.00 | DA | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $ 42,590.00 | $ 23,550.00 | | $ 23,601.35 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

EXHIBIT B

LFORM1    Ver: 11.80

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| Case No: | 05-72392 MLB Judge MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | HARDIN, RICHARD A | Date Filed (f) or Converted (c): | 05/12/05 (f) |
| | | 341(a) Meeting Date: | 06/23/05 |
| | | Claims Bar Date: | 11/07/05 |

Initial Projected Date of Final Report (TFR): 05/31/07    Current Projected Date of Final Report (TFR): 05/31/07

LFORM1

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-72392 -MLB |
|---|---|
| Case Name: | HARDIN, RICHARD A |
| Taxpayer ID No: | ******9381 |
| For Period Ending: | 01/03/07 |

| Trustee Name: | DANIEL M. DONAHUE |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******0875  MONEY MARKET |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/04/05 | 14 | THOMAS & HELEN LOWER 11 E. 5TH ST. SAVANNA, IL | CONTRACT PYTS. - JUNE & JULY, 2005 | 1110-000 | 700.00 | | 700.00 |
| 08/31/05 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.28 | | 700.28 |
| 09/09/05 | 14 | THOMAS & HELEN LOWER | CONTRACT PAYMENT | 1110-000 | 350.00 | | 1,050.28 |
| 09/30/05 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.44 | | 1,050.72 |
| 10/31/05 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.54 | | 1,051.26 |
| 11/30/05 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.52 | | 1,051.78 |
| 12/06/05 | 14 | THOMAS LOWER | | 1110-000 | 500.00 | | 1,551.78 |
| 12/30/05 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.72 | | 1,552.50 |
| 01/31/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 0.80 | | 1,553.30 |
| 02/28/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.11 | | 1,554.41 |
| 03/31/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.32 | | 1,555.73 |
| 04/28/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.27 | | 1,557.00 |
| 05/31/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.33 | | 1,558.33 |
| 06/30/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.28 | | 1,559.61 |
| 07/17/06 | 1 | ASSURANCE FIRST TITLE & ESCROW CO. | SALE PROCEEDS: REAL PROP | 1110-000 | 7,370.45 | | 8,930.06 |
| | 1 | HAROLD MOORE AND | Memo Amount: 11,000.00 SALE PROCEEDS: REAL PROP | | | | |
| | | ILLINOIS HOUSING DEVELOPMENT AUTHOR | Memo Amount: ( 870.00 ) PAYMENT TO SECURED CREDITOR | 4110-000 | | | |
| | | ASSURANCE FIRST TITLE & ESCROW CO. | Memo Amount: ( 138.50 ) TITLE COMPANY CHARGES | 2500-000 | | | |
| | | ASSURANCE FIRST TITLE | Memo Amount: ( 3.00 ) STATE OF ILLINOIS FEE | 2500-000 | | | |
| | | ASSURANCE FIRST TITLE | Memo Amount: ( 5.00 ) Certified funds fee | 2500-000 | | | |
| | | ASSURANCE FIRST TITLE | Memo Amount: ( 50.00 ) Closing fee | 2500-000 | | | |
| | | ASSURANCE FIRST TITLE | Memo Amount: ( 16.50 ) | 2500-000 | | | |
| | | | Page Subtotals | | 8,930.06 | 0.00 | |

Ver: 11.80
LFORM2-4

EXHIBIT C

Page: 2

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-72392 -MLB
Case Name: HARDIN, RICHARD A
Taxpayer ID No: ******9381
For Period Ending: 01/03/07

Trustee Name: DANIEL M. DONAHUE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******0875 MONEY MARKET
Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CARROLL COUNTY TREASURER | Revenue Stamps | | | | |
| | | | Memo Amount: ( 37.00 ) | 2500-000 | | | |
| | | | Recording Fee | | | | |
| | | | Memo Amount: ( 722.18 ) | 2820-000 | | | |
| | | | 2004 Redemption of Real Estate Taxe | | | | |
| | | | Memo Amount: ( 620.06 ) | 2820-000 | | | |
| | | | 2005 Real Estate Taxes | | | | |
| | | | Memo Amount: ( 326.17 ) | 2820-000 | | | |
| | | | 2006 Real Estate Taxes | | | | |
| | | CITY OF SAVANNA | Memo Amount: ( 31.30 ) | 2500-000 | | | |
| | | | Water bill | | | | |
| | | HARTZ, INC. | Memo Amount: ( 124.84 ) | 2420-000 | | | |
| | | | Replacement of locks | | | | |
| | | GEORGE HASTINGS | Memo Amount: ( 25.00 ) | 2500-000 | | | |
| | | | Landscaping services | | | | |
| | | FARM & TOWN REAL ESTATE | Memo Amount: ( 660.00 ) | 3510-000 | | | |
| | | | REAL ESTATE COMMISSION | | | | |
| 07/31/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.74 | | 8,933.80 |
| 08/31/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.59 | | 8,941.39 |
| 09/29/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.34 | | 8,948.73 |
| 10/31/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.61 | | 8,956.34 |
| 11/30/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.36 | | 8,963.70 |
| 12/29/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.61 | | 8,971.31 |
| 01/03/07 | 15 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.49 | | 8,971.80 |
| 01/03/07 | | Transfer to Acct #******9850 | Final Posting Transfer | 9999-000 | | 8,971.80 | 0.00 |

Page Subtotals    41.74    8,971.80

LFORM24    Ver: 11.80

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-72392 -MLB | | | Trustee Name: | DANIEL M. DONAHUE | | Page: 3 |
| Case Name: | HARDIN, RICHARD A | | | Bank Name: | BANK OF AMERICA, N.A. | | |
| Taxpayer ID No: | ******9381 | | | Account Number / CD #: | ******0875 MONEY MARKET | | |
| For Period Ending: | 01/03/07 | | | Blanket Bond (per case limit): | $ 1,500,000.00 | | |
| | | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 11,080.00 | | | | 0.00 |
| | | Memo Allocation Disbursements: | 3,629.55 | | | | |
| | | | COLUMN TOTALS | | 8,971.80 | 8,971.80 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 8,971.80 | |
| | | Memo Allocation Net: | 7,370.45 | | | | |
| | | | Subtotal | | 8,971.80 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,971.80 | 0.00 | |

| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 11.80
LFORM24

Case 05-72392  Doc 26  Filed 01/09/07  Entered 01/09/07 07:40:54  Desc Main
Document  Page 9 of 16

Page: 4

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-72392 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- |
| Case Name: | HARDIN, RICHARD A | | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | ******9381 | | Account Number / CD #: | ******9850 GENERAL CHECKING |
| For Period Ending: | 01/03/07 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/03/07 | | Transfer from Acct #******0875 | Transfer In From MMA Account | 9999-000 | 8,971.80 | | 8,971.80 |

|  |  |  |  |
| --- | --- | --- | --- |
| | Memo Allocation Receipts: | 0.00 | |
| | Memo Allocation Disbursements: | 0.00 | |
| | Memo Allocation Net: | 0.00 | |
| | | COLUMN TOTALS | 8,971.80 | 0.00 |
| | | Less: Bank Transfers/CD's | 8,971.80 | 0.00 |
| | | Subtotal | 0.00 | 0.00 |
| | | Less: Payments to Debtors | | 0.00 |
| | | Net | 0.00 | 0.00 |

| Total Allocation Receipts: | 11,000.00 |
| --- | --- |
| Total Allocation Disbursements: | 3,629.55 |
| Total Memo Allocation Net: | 7,370.45 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | 8,971.80 | 0.00 | 8,971.80 |
| MONEY MARKET - ******0875 | 0.00 | 0.00 | 0.00 |
| GENERAL CHECKING - ******9850 | 8,971.80 | 0.00 | 8,971.80 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  8,971.80  0.00

LFORM24  Ver: 11.80

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                         CHAPTER 7

HARDIN, RICHARD A                   CASE NO. 05-72392-MLB

                 Debtor(s).                HON. MANUEL BARBOSA

**PROPOSED DISTRIBUTION REPORT**

    I, DANIEL M. DONAHUE, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $6,625.50 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $1,208.11 |
| Interest (726(a)(5)): | $68.45 |
| Surplus to Debtor (726(a)(6)): | $1,069.74 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $8,971.80 |

**EXHIBIT D**

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $6,625.50 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Daniel M. Donahue Trustee Compensation | $1,903.16 | $1,903.16 |
| | McGreevy Williams Attorney for Trustee Fees | $4,505.00 | $4,505.00 |
| | McGreevy Williams Attorney for Trustee Expenses | $217.34 | $217.34 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 1,208.11 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 000001 | Freeport Health Network General Unsecured 726 | $704.78 | $704.78 |
| 000004 | Allied Business Accounts General Unsecured 726 | $503.33 | $503.33 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| **14. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---:|---:|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| **15. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---:|---:|
| §726(a)(5) - Interest | $ 1,208.11 | 5.67 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---:|---:|
| 000001 | Freeport Health Network<br>General Unsecured 726 | $704.78 | $39.93 |
| 000004 | Allied Business Accounts<br>General Unsecured 726 | $503.33 | $28.52 |

| **16. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---:|---:|
| §726(a)(6) - Surplus to Debtor | $ 1,069.74 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---:|---:|
|  | Hardin, Richard A<br>Surplus Funds Paid to Debtor  726 | $1,069.74 | $1,069.74 |

| **17. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---:|---:|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN/ BARRED (DESIGNATE) |
|---|---|---|---|---|
| Secured | 00002 | Kent Bank | 3,628.14 | Barred |
| Secured | 00003 | Kent Bank | 3,628.14 | Disallowed |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 1/3/07                                     /s/ Daniel M. Donahue, Trustee

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---:|---:|---:|
| **Trustee's Attorney** | | | | |
| McGreevy Williams | *Fees* | $0.00 | $4,505.00 | $4,505.00 |
| | *Expenses* | $0.00 | $217.34 | $217.34 |
| **Trustee's Accountants** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Other Professionals** | | | | |
| Farm & Town Real Estate | *Fees* | $660.00 | $0.00 | $066.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $660.00 | $4,505.00 | $5,165.00 |
| | *Expenses* | $0.00 | $217.34 | $217.34 |
| | | $660.00 | $4,722.34 | $5,382.34 |

**Exhibit G**