Case Name:   RICHARD A. HARDIN
Case No:     05-72392

# CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: January 9, 2007                    WILLIAM T. NEARY
                                          United States Trustee, Region 11


                                 BY:      */s/ Carole J. Ryczek*
                                          CAROLE J. RYCZEK
                                          Attorney for the United States Trustee