UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| HARDIN, RICHARD A ) | CASE NO. 05-72392-MLB | |
| ) | | |
| Debtor(s).  ) | Hon. MANUEL BARBOSA | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, Room 115, Federal Building
          211 S. Court Str., Rockford, IL

    On: Monday, February 5, 2007     Time: 9:30 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                    $12,601.35

    Disbursements                                $3,629.55

    Net Cash Available for Distribution          $8,971.80

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Daniel M. Donahue<br>*Trustee* | $0.00 | $1,903.16 | $0.00 |
| McGreevy Williams<br>*Attorney for Trustee* | $0.00 | $4,505.00 | $217.34 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $1,208.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 105.6659% at the T-Bill rate of 3.3300%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Freeport Health Network | $704.78 | $744.71 |
| 4 | Allied Business Accounts | $503.33 | $531.85 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9. Back to Debtor claims totaling $1,069.74 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 100.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 0 | Hardin, Richard A | $1,069.74 | $1,069.74 |

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a Clerk Address field in Judge Linkages., or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have not been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Cash on hand | $50.00 |
| Savings Account - RIA CU | $20.00 |
| Savings Account - Blackhawk | $20.00 |
| Security Deposit | $0.00 |
| Household goods and furnishings | $500.00 |
| Books, pictures, etc. | $150.00 |

| | |
|---|---:|
| Wearing Apparel | $350.00 |
| Jewelry | $0.00 |
| Fishing equipment, misc. items | $50.00 |
| Term life insurance policy | $0.00 |
| Monthly pension payment | $300.00 |
| Monthly social security payment | $1,000.00 |
| Mobile Home | $5,000.00 |
| Household tools and implements | $150.00 |

Dated: January 3, 2007         /s/ Daniel M. Donahue, Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: lorsmith               Page 1 of 1            Date Rcvd: Jan 10, 2007
Case: 05-72392                Form ID: pdf002              Total Served: 11

The following entities were served by first class mail on Jan 12, 2007.
db         +Richard A Hardin,    127 Marcia Drive,    Freeport, IL 61032-3019
aty         Daniel M Donahue,    P. O. Box 2903,    Rockford, IL  61132-2903
aty        +Mark Zaleski,    Mark E. Zaleski, Attorney at Law,    10 N Galena Avenue #220,
             Freeport, IL 61032-4360
tr          Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
9338169    +Allied Business Accounts,    300 1/2 South Second,    POB 1600,    Clinton, IA 52733-1600
9338170    +Chase,    POB 52195,    Phoenix, AZ 85072-2195
9338172    +Citibank,    POB 6000,    The Lakes, NV 89163-0001
9338171     Citibank,    POB 8115,    South Hackensack, NJ 07606
9338173    +Citibank FSB,    POB 769006,    San Antonio, TX 78245-9006
9338174    +Freeport Health Network,    Central Business Office,    POB 268,    Freeport, IL 61032-0268
9338175    +Kent Bank,    996 West Fairview Rd.,,    Freeport, IL 61032-9193

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r           Ronald Bull
aty*        Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
                                                                                       TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2007**                    **Signature:** _Joseph Speetjens_