UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                              )   CHAPTER 7 CASE
                                    )
RICHARD A. HARDIN,                  )   NO. 05-72392
                                    )
        Debtor.                     )   JUDGE MANUEL BARBOSA
                                    )

TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

   Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

   All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

   The Trustee certified that the estate has been fully administered, requested that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

_____4-19-07_____                            _____
       DATE                                            TRUSTEE

CERTIFICATION OF REVIEW

   The United States Trustee has reviewed the Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

   Dated this 30th day of April, 2007.

                                    WILLIAM T. NEARY
                                    United States Trustee

                                    By:_____
                                       CAROLE RYCZEK
                                       Assistant U.S. Trustee

# Bank of America

```
CUSTOMER CONNECTION                            Account Number     4428689850
BANK OF AMERICA, N.A.                          01 01 148 06 M0000 E#        1
DALLAS, TEXAS   75283-2406                     Last Statement:    02/28/2007
                                               This Statement:    03/30/2007


                                               Customer Service
                                               1-877-757-8233
ESTATE OF
HARDIN, RICHARD A, DEBTOR
DANIEL M. DONAHUE - TRUSTEE                    Page         1 of      2
05-72392
C/O GLOBAL GOVERNMENT BANKING                  Bankruptcy Case Number:0572392
*****  TX1-492-09-13  *****
```

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 03/01/2007 - 03/30/2007   Statement Beginning Balance      1,069.74
Number of Deposits/Credits             0   Amount of Deposits/Credits            .00
Number of Checks                       1   Amount of Checks                 1,069.74
Number of Other Debits                 0   Amount of Other Debits                .00
                                           Statement Ending Balance              .00

Number of Enclosures                   1
                                           Service Charge                        .00
```

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 105 | 1,069.74 | 03/13 | 0992340748 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/28 | 1,069.74 | 1,069.74 | 03/30 | .00 | .00 |
| 03/13 | .00 | .00 | | | |